UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:   )   BK No.: 22-05953
Jitendrakumar Bhatt   )
   )   Chapter: 13
   )
   )   Honorable Janet S. Baer
   )
   )
Debtor(s)   )

**Order Granting Motion to Dismiss for Unreasonable Delay
and for Failure to Make Plan Payments**

This matter coming before the Court on the Trustee's Motion to Dismiss, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is granted, and the above-captioned case is dismissed.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 20, 2023